**08 CIV 5904**

JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIGOLD ENTERPRISES, INC.,

        Plaintiff,

- against -

EDIBLE OIL MARKETING, LLC,

        Defendant.
----------------------------------------X

08 CV ____

ECF CASE

JUN 30 2008

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 30, 2008
      New York, NY

        The Plaintiff,
        MARIGOLD ENTERPRISES, INC.

        By: _____
        Patrick F. Lennon
        Nancy R. Peterson
        Coleen A. McEvoy
        LENNON, MURPHY & LENNON, LLC
        420 Lexington Avenue, Suite 300
        New York, NY 10170
        (212) 490-6050 - phone
        (212) 490-6070 - facsimile
        pfl@lenmur.com
        nrp@lenmur.com
        cam@lenmur.com